**RALPH J. REISSMAN, Esq.**
Email: ralphresq@gmail.com

DATE; AUGUST 11, 2025
TIME OF FILING: 0615 HOURS (6:15 A.M.)

**VIA ECF ONLY**

Hon. Anne Y. Shields, U.S.M.J.
United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, New York

Re: WG Woodmere LLC et al. v. The Incorporated Village of Woodsburgh et al.
   2:23-CV-06966 (ARR)(AYS)

Your Honor:

The Office of the Nassau County Attorney represents defendants Nassau County, the Nassau County Planning Commission and the Nassau County Department of Public Works (collectively, the "County Defendants") in the above referenced action. By order filed August 6, 2025 Your Honor directed counsel for all parties to appear before you in person for a settlement conference at 1:00 p.m. on August 12, 2025. For the reasons set forth below, I must advise the Court that I will not be appearing before Your Honor at this conference.

On January 29, 2025 I filed a Notice of Appearance [DE 71] on behalf of all County Defendants as the Deputy County Attorney assigned to defend the case by Litigation Bureau Chief Matthew Rozea. On February 7, 2025 I filed the County Defendants' Answer [DE 72] to Plaintiffs' Second Amended Complaint.

On May 13, 2025, after over twenty (20) years of dedicated public service, I retired from employment with Nassau County with the approval of Nassau County Attorney Thomas A. Adams, whose responsibility it was to immediately assign another member of the Nassau County Attorney's Office to replace me to continue the legal representation, defense and best interests of the County Defendants. That date again was *May 13, 2025*. I am about to file this status report at approximately 6:15 a.m. today, *August 11, 2025*, almost exactly three (3) months after I retired and still, no new Deputy County Attorney's name or Notice of Appearance appears on the ECF Docket.

Worse still, the Court has ordered all parties to file confidential Settlement Statements by close of business today, and then appear in person before Your Honor for a settlement conference on Tuesday August 13, 2025 at 1:00 p.m. As far as the Court

knows from reviewing the Docket, I am still the attorney of record responsible to file the County Defendants' Settlement Statement later today and then appear in the Central Islip Courthouse at 1:00 p.m. on Tuesday. Since I am no longer employed by Nassau County, and I have no authority to either file a Settlement Statement or appear in court on Tuesday, Your Honor will have every right to hold me in contempt of court orders and issue sanctions against me, as well as to report my apparent misconduct to federal and New York State disciplinary committees.

Since the date of my retirement on May 13, 2025 this has become a repeated pattern of negligence, malpractice and utter defiance of clear and direct federal and State court orders, threatening not only to irreparably damage my professional standing and reputation in the legal community, but also threatens the taxpayers of Nassau County when multimillion-dollar judgments will be entered against Nassau County due the County Attorney's continued refusal to obey court orders, failure to have attorneys appear for court conferences, meet discovery deadlines, oppose motions to compel production of discovery materials, respond to interrogatories, produce witnesses for depositions, timely file opposition to plaintiffs' dispositive motions, and failure to timely file dispositive pre-Answer motions to dismiss or motions for summary judgment.

Simply put, the County Attorney's Office is in free-fall and is failing to provide adequate legal representation for the 1.4 million taxpayers and residents in Nassau County, who already pay the second-highest amount of taxes in the United States.

Since my May 13, 2025 retirement I have sent repeated telephonic and written email requests to Nassau County Attorney Adams, Chief Deputy County Attorney Hiller and Bureau Chief Rozea to assign replacement Deputy County Attorneys in my federal and State court cases, to little avail.

As I now prepare to file this Status Report on ECF at approximately 6:15 a.m., I have absolutely zero confidence that the County Attorney's Office will file its Settlement Statement with Chambers today, or that a new Deputy County Attorney will show up in court before Your Honor on Tuesday at 1:00 p.m. for the scheduled conference. Of course, since I, the sole attorney on the Docket for the County Defendants, am no longer employed by Nassau County, two things are certain: First, I myself will NOT be filing the County Defendants' Settlement Statement. Second. I will NOT be appearing before the Court at the August 12, 2025 conference at 1:00 p.m.

As the Court is aware, I cannot file a motion to withdraw as counsel for the County Defendants unless and until the County Attorney's Office assigns a replacement Deputy County Attorney who timely files a Notice of Appearance on the Docket.

I therefore respectfully ask Your Honor to direct the Nassau Count Attorney's Office to immediately appoint new legal representation in my place to represent and defend the best interests of the County Defendants at the August 12, 2025 court conference. To avoid the potential for miscommunication at this late date, I respectfully

suggest that a member of your staff take these two (2) steps as the first order of business on Monday morning, August 11, 2025 when the court opens for the day.

1, Contact County Attorney Adams, Chief Deputy County Attorney Hiller and Bureau Chief Rozea by telephone at (516) 571-3057 and direct the receptionist to personally locate each of them rather than allow them to tell her to 'Take a message." Your staff member should *speak in person* on the telephone to all three (3) attorneys.

2, Ask your staff to transmit a new Order directing the County Attorney to immediately assign replacement counsel via Outlook to each attorney's office email address as follows:

**taadams@nassaucountyny.gov**

**jhiller@nassaucountyny.gov**

**mrozea@nassaucountyny.gov**

There is no guaranty that any of the three attorneys will respond to your staff members, but at least a record will be created.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A PERSONAL MESSAGE TO ALL DISTRICT**
**COURT JUDGES AND MAGISTRATE JUDGES**

As I am now retired from the Nassau County Attorney's Office, while I may continue to practice law as of counsel to the profession, I would appreciate the Court's permission to impart what I believe is an urgent message to all federal District Court Judges and Magistrate Judges.

First, and most important, in these difficult and unprecedented times in our country, it has become crystal clear that only you, our courageous United States District Court Judges and Magistrate Judges, continue to fearlessly fight to preserve the freedoms, liberties and fundamental rights once thought to be guaranteed to all United States citizens by the Constitution and the Amendments.

There is nothing more shameful and frightening than coming to realize that it is the *United States Department of Justice* that is leading the current administration's unrelenting, vicious attacks upon democracy, equal protection under the law, basic civil rights, education, health care, the sciences, diversity, and basic human decency. It is universally acknowledged that the purpose of the rule of law is to codify, protect and preserve these crucial elements for a just and fair society to function. Americans have existed and flourished under the rule of law since 1776.

3

It is now terribly disheartening to realize that our President and the majority of Congress believe that ours is no longer a country of laws which citizens and the business community can rely upon to maintain a democratic, fair and just society.

A series of deliberately disingenuous, dishonest and illogical United States Supreme Court decisions have destroyed the country's confidence in our judicial system. These decisions, upending established legal precedents and adversely impacting all facets of our daily lives, have created chaos in society as District Court Judges and Magistrate Judges struggle daily to interpret and apply the Supreme Court's bizarre and cruel decisions.

This is exactly why our country is relying on you, our District Court Judges and Magistrate Judges, to guard the first entry point of our entire federal justice system, which occurs when a person commences a federal court action asking each of you to uphold the rule of law in our country.

**DISTRICT COURT JUDGES AND MAGISTRATE JUDGES ARE**
**PARAGONS OF WHAT IT MEANS TO BE A PUBLIC SERVANT**

As a fellow public servant, I want to offer my deepest gratitude and sincere thanks to all of the District Court Judges, Magistrate Judges, Law Clerks, Courtroom Clerks, secretaries, security guards, court reporters, maintenance staff and cafeteria workers I have had the privilege and honor to work with in my 45-plus year legal career. I want to explain why I so admire and respect not only Judges and Magistrate Judges, but also all public servants.

In my first law job I was litigation paralegal in a huge international law firm located in Manhattan. Following my second year of law school I was a Summer intern in the Civil Division of the U.S. Attorney's Offuce for the Eastern District of New York in Brooklyn, when Judge Raymond Dearie was the United States Attorney. The Civil Division was run by the great Bureau Chief AUSA Cyril Hyman. I was second seat to AUSA Reuben Koolyk in an FTCA trial involving a fatal motor vehicle accident between a passenger car and a U.S. Postal truck. The jury returned a defense verdict in favor of the Postal driver, who had leaped from his truck to save the life of one of the car's injured passengers.

When I graduated Cardozo Law School in 1984 I had two job offers, one from a midtown commercial litigation firm offering $50,000, as well as second offer from the New York City Corporation Counsel offering $25,000, I asked my father, an orthopedic surgeon, which offer he recommended I accept. Of course, he was disappointed that I did follow him into a medical career, but it was obvious early on that I had no scientific or mathematical ability. Instead, I was a History/Literature/Philosophy kind of guy who happened to be 6'- 4" tall and so focused most of my waking hours on playing basketball. In college I barely passed my required science class called "Physics for Poets."

4

So I went to law school instead of medical school, and the world became a safer place. My father asked his attorney, Bill Rosenfeld, a general practitioner, which job offer was best for me: the $50,000 law firm or the $25,000 Assistant Corporation Counsel position. Bill asked me some questions about why I wanted to be a lawyer, what areas of law interested me, and so on. When he was done, he said my best choice would be to accept the Corporation Counsel position, even though it was half the salary of the law firm's $50,000 offer. I was married with a one year-old son, living in a one-bedroom apartment at 7 West 14th Street in Manhattan. (The rent was $275 per month.)

Bill explained that if I truly wanted to become a trial lawyer, my best choice was to become an Assistant Corporation Counsel with the City, where I would instantly get hands-on litigation experience with pleadings, discovery, motion practice, trials and appeals. Bill was 100% correct, and I enjoyed every single day I worked on both State cases and federal Section 1983 civil rights cases filed against the City.

After fulfilling my three-year commitment with the City I entered the private sector to earn enough money to support my family, now with three sons. The positions I had in various mid-size and small firms included insurance defense, real estate and corporate litigation, financial markets litigation and, ultimately, construction litigation. Construction litigation is a fascinating, complex mixture of contracts, torts, surety law, mechanic's liens, architects, engineers, labor contracts, union trust funds, environmental law, administrative law, New York State General Municipal Law, of course the CPLR, and the massive United States Code covering federal construction projects.

Although I thoroughly enjoyed the endless years of litigation required to resolve multimillion-dollar construction project disputes, including the long days, long nights, nights with no sleep, orders to show cause always coming into the office at 4:30 p.m. late Friday afternoons, motions to compel, motions for sanctions, cross-motions for summary judgment, motions for rearguement (denied), motions for renewal (denied), trials, post-trial motions, cross-appeals, emergency motions to stay enforcement of judgments, filing restraining orders on banks to enable the Sheriff to collect judgments,

But, none of these private sector law firms provided the satisfaction I experienced in my government jobs, where I always felt I was using my legal skills and energy for the public good. If you are still reading this, it will probably not surprise you that in March 2005, when I left my private law firm construction litigation position to join the Nassau County Attorney's Office, I took a pay cut of more than 25%. Needless to say, my wife was less than thrilled by my decision. But she knew me enough by then to recognize that this was the best decision not just for me, but also for our entire family. We worked out a reduced budget, put my three sons through college, two of whom continued to obtain Master's Degrees and are now fully employed.

My point is, and every person who works for the government – federal, state or local – takes that job knowing full well they will never become rich. This includes you, our United States District Court Judges and Magistrate Judges. All of us attorneys are in awe of your commitment to serving our country at immense financial sacrifice to

5

yourselves and your families. We all know that if you wanted to, you could pick up your cell phone at lunch time, place a few calls, and by end of the day you will have been offered your choice of at least five (5) multimillion-dollar partnerships with multibillion-dollar global law firms. Instead, you all continue to honor your oaths of public service and, as I stated above: All of you Judges and Magistrate Judges are our last, best hope to save democracy in the United States of America.

To prove my point, I will tell you that I served as a Trustee in the West Hempstead Public Library for over 25 years. One of our staff members, our Accounts Clerk, always kept the Board Members informed of her children's educational progress once they started kindergarten. One of her daughters excelled in grade school and high school, and then attended a local area law school on a full scholarship. She earned outstanding grades and was elected Editor-in-Chief of the Law Review. Upon graduation she was hired as an Associate at a major Wall Street firm, assigned to the firm's Corporate and Mergers & Acquisitions departments, whose primary client is a major investment company managing **$11.5 trillion** in assets as of 2024. She is performing quite well and works closely with the Head Partner on that account. **His 2024 compensation was $35,000,000,00.** No, that was not a typo.

**Conclusion.** I will close by again telling all Eastern and Southern District Judges, Magistrate Judges and all court personnel what a great honor. privilege and experience it has been to have appeared before you in my career.

Finally, I will now relate a few brief notes about some of my personal heroes on the Eastern Distract bench. First, the legendary Hon. Arthur D Spatt. Invariably, when counsel were asked to meet Judge Spatt in Chambers, the first thing he said was. "Don't you put anything on my table." He would then ask counsel sharp, precise questions about the case at hand, but always in a quiet, respectful manner. Every attorney left the conference feeling that Judge Spatt gave him/her a fair hearing and the opportunity to fully present his/her client's case. Of course, we all had to wait until Judge Spatt finished completing his handwritten notes on his beloved index cards before we left the room.

Second, the great Hon. Leonard Wexler. Although Judge Wexler tried his hardest to scare, scold, intimidate and terrorize us attorneys, everyone knew he had a heart of gold. I myself believe he put on that "tough guy" front so that we attorneys would not take advantage of his kind nature and persist in asking for "just one more little tiny brief" extension of time for a discovery or motion deadline, or to push off a firm trial date on some flimsy excuse because the client owed the attorney past fees. Everyone also knew that quietly, behind the scenes, Judge Wexler would instruct his Law Clerks to find a way to help all parties get what they needed to move the case along toward a fair resolution.

Third, the courageous Hon. A. Kathleen Tomlinson. Magistrate Judge Tomlimson was one of the hardest working jurists I ever met in my 45-year career, both in federal and State courts. She was always kind and considerate to all attorneys and their clients, had a brilliant legal mind and a magnificent, clear writing style in her written Orders and Opinions. All of us attorneys were amazed and grateful for her devotion to the justice

system, even when she fell gravely ill, but nevertheless maintained her heavy caseload with her customary grace. Although I believe it is a fair guess that Magistrate Judge Tomlinson was of Irish or Scottish descent, to me, she was always the ultimate *mensch*. While I am confident that everyone reading this letter understands its meaning, the Yiddish word *"mensch"* literally translates to "person," and figuratively means "a person of integrity and honor." The Jewish American humorist Leo Rosten described a *mensch* as "someone to admire and emulate, someone of noble character."

      For me, that is the perfect description of who Magistrate Judge Tomlinson was. I will always treasure the cases, motions and trials in which I was assigned to her docket, even en when she issued an Order or Opinion against my client's interests. Of course, she was almost always affirmed in the Second Circuit.

Respectfully submitted,

*/s/ Ralph J. Reissman*
RALPH J. REISSMAN, Esq.

cc: All counsel of record (via ECF only)